United States District Court for the Southern District of New York

| | | |
|---|---|---|
| Lauren Weingarten, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. 20-CV-2598-LTS-KNF |
| | : | |
| CBS and Matt DeRoss, | : | |
| | : | |
| Defendant. | : | |

### Supplement to the Complaint

Plaintiff, Lauren Weingarten, by and through her attorneys, hereby files this Supplement to the Complaint pursuant to the Court's Order filed April 3, 2020, and alleges as follows:

1. Plaintiff, Lauren Weingarten, is a citizen and resident of the State of North Carolina.

2. Defendant CBS is a commercial broadcast television and radio network subsidiary of CBS Corporation, a Delaware corporation and the surviving company of the December 2019 merger of Viacom Inc., a Delaware corporation, with and into CBS Corporation.  CBS's principal place of business is located at 51 West 52nd Street, New York NY 10019.

3. Defendant Matt DeRoss is a citizen and resident of the State of California.

> Tyrone A. Blackburn
> T.A. Blackburn Law, PLLC
> 1242 E. 80th Street, 3rd Floor
> Brooklyn NY 11236
> Tel: 347 342 7432
> TBlackburn@TABlackburnlaw.com
>
> and

       *s/Robert T Vance Jr*
Robert T Vance Jr *pro hac vice*
Law Offices of Robert T Vance Jr
100 South Broad Street,, Suite 1525
Philadelphia PA 19110
215 557 9550 tel / 215 278 7992 fax
rvance@vancelf.com

*Attorneys for Lauren Weingarten*

**Certificate of Service**

I hereby certify that a copy of the foregoing Supplement to the Complaint was served on the following parties on April 17, 2020, by first class mail, postage prepaid, as indicated below:

Defendant CBS c/o
Laurie N. Robinson Haden
Senior Vice President and Assistant General Counsel
CBS Corporation
51 West 52nd Street
New York NY 10019

Defendant Matt Ross
521 Westmount Drive
West Hollywood CA 90048

_s/Robert T Vance Jr_
Robert T Vance Jr